IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRAD L. MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:18CV199 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| STATE OF NEBRASKA MEDICAL | ) | **AND ORDER** |
| DEPARTMENT, Lancaster County | ) | |
| Adult Detention Facility, | ) | |
| | ) | |
| Defendant. | ) | |

On August 3, 2018, the court ordered Plaintiff to file an amended complaint that states a claim upon which relief may be granted by September 3, 2018. (Filing No. 9.) The court warned Plaintiff that "[f]ailure to file an amended complaint will result in dismissal of this action without prejudice and without further notice." To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

IT IS THEREFORE ORDERED:

1. This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

2. Judgment shall be entered by separate document.

DATED this 11th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge